UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILTON ALBERTO BELTRAN,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents,

Case No.  1:26-cv-1944-DC-JDP

ORDER

On March 17, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 8.  The court also referred the matter to me for further proceedings.  *Id.*

Still pending is respondents' motion to dismiss.[1]  ECF No. 7.  Petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

---

[1] In their response, the government asks the court to stay its decision on the merits pending resolution of similar cases before the Court of Appeals.  ECF No. 7 at 3.  The district judge did not address this request in her order on petitioner's motion for injunctive relief.  I will deny respondents' request because I find it unnecessary to delay issuing judgment here.

1

Accordingly, it is hereby ORDERED that petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    March 19, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2